








```
JPP
3:01-CV-1660 CMTM INC V. CALLIOPE MEDIA
*1*
*CMP*
```

Jeffrey R. Smith, SBN 164021
Adrienne W. Brown, SBN 167682
SMITH & BROWN, LLP
2247 San Diego Ave., Suite 234
San Diego, CA 92110
Telephone: 619.260.3444
Fax: 619.260.3445
E-mail: jrsmith@law.com

Attorneys for Plaintiff
CMTM, Inc.



FILED
01 SEP 13 PM 2:03

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

'01 CV 1660 B (AJB)

| | |
|---|---|
| CMTM, INC., a California Corporation, | CASE NO.: |
| Plaintiff, | **COMPLAINT FOR TRADEMARK INFRINGEMENT; VIOLATIONS OF LANHAM ACT; UNFAIR COMPETITION; CONSTRUCTIVE TRUST and ACCOUNTING** |
| vs. | |
| CALLIOPE MEDIA, LLC, a California Limited Liability Company and DOES 1 through 10; inclusive, | |
| Defendant(s). | **DEMAND FOR JURY TRIAL** |

I

PLAINTIFF'S COMPLAINT

As for claims for relief against defendant, plaintiff, CMTM, INC., alleges as follows:

II

JURISDICTION AND VENUE

1. This court has jurisdiction under 15 USC § 1125(a) in that

1

this case arises under the Trademark Laws of the United States, 15 USC §§ 1051 et seq.

2. The court has jurisdiction of the unfair competition claims herein under the provisions of 28 USC § 1338(b) in that such claims are joined with a substantial and related claim under the Trademark Laws of the United States, 15 USC §§ 1051 et seq.

3. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(c). Defendant is subject to personal jurisdiction due to its minimum contacts and thus, defendant resides in this district.

### III

### THE PARTIES

4. Plaintiff, CMTM, INC., ("CMTM"), is a corporation incorporated under the laws of the State of California having its principle place of business at 7979 Ivanhoe Street, Suite 100, La Jolla, CA 92037.

5. Upon information and belief, defendant, CALLIOPE MEDIA, LLC, ("CALLIOPE"), is a limited liability company organized under the laws of the State of California having its principle place of business at 5107 Cass Street, San Diego, CA 92109.

### IV

### BACKGROUND FACTS AND GENERAL ALLEGATIONS

6. Plaintiff incorporates by reference paragraphs 1-5, inclusive, as if fully set forth here.

7. On or about April 4, 2001, CMTM adopted the mark "AN ATTORNEY NEAR YOU" and has used it in interstate commerce to identify its services ever since. On April 25, 2001, CMTM filed an application for registration of such mark in the United States Patent and Trademark Office. This application is identified as

Serial No.: 76/246087.

8. CMTM has used the above-described mark to identify its services and to distinguish them from those made and sold by others, by, among other things, prominently displaying the mark on its website, and on marketing materials, packets and literature associated therewith. In addition, CMTM has prominently displayed the mark on bills, direct mail advertising, and in periodicals distributed throughout the United States.

9. On or about August 13, 2001, CMTM discovered that CALLIOPE was using the following names to identify its products/services:

- An Attorney For You
- A Medical Malpractice Attorney For You
- A Personal Injury Attorney For You
- A Toxic Mold Attorney For You
- A Baycol Attorney For You

CMTM has further learned of actual confusion in the marketplace. Several of CMTM's vendors, prospective clients and prospective partners have expressed confusion between CMTM's mark and the above names that CALLIOPE is using.

10. Corporate representatives from CMTM and CALLIOPE have discussed the issues of confusion and infringement without resolution. CALLIOPE has refused to drop the above identifiers and continues to use them to this day.

11. From the inception, CALLIOPE's conduct has been willful and deliberate, and justifies an award based on three times CALLIOPE's profits.

12. CALLIOPE has also copied large portions of CMTM's website without authorization or concession from CMTM.

3

## V

## FIRST CAUSE OF ACTION

### (Trademark Infringement)

13. Plaintiff incorporates by reference paragraphs 1-12, inclusive, as if fully set forth here.

14. Upon information and belief, defendant has infringed plaintiff's mark in interstate commerce by various acts, including selling, offering for sale and advertising products/services displaying the following identifiers:

- A Medical Malpractice Attorney For You
- A Personal Injury Attorney For You
- A Toxic Mold Attorney For You
- A Baycol Attorney For You

The use of such names by defendant is without permission or authority of plaintiff and is likely to cause confusion, to cause mistake, and to deceive.

15. Defendant's alleged acts of trademark infringement and unfair competition have been committed with the intent to cause confusion and mistake and to deceive.

16. Since on or about August 15, 2001, plaintiff has given notice that its mark was being unlawfully used by defendant. Plaintiff has requested defendant to cease and desist from its acts of trademark infringement.

## VI

## SECOND CAUSE OF ACTION

### (Violation of Lanham Act by Use of False Designation in Interstate Commerce)

17. Plaintiff incorporates by reference paragraphs 1-16,

4

inclusive, as if fully set forth here.

18. Defendant is offering and providing services within interstate commerce with the designation and representation of the above-identified names connected therewith. Defendant's use of these names is a false description and representation that such services are offered by, sponsored by or affiliated with plaintiff. Defendant's acts are in violation of 15 USC § 1125(a), in that defendant has used in connection with goods and services a false designation of origin and a false description or representation, including words and other symbols tending falsely to describe or represent the same, and has caused such products/services to enter into interstate commerce. Plaintiff believes that it is likely to be damaged by such false description and representation by reason of the likelihood that customers will be confused as to the true source, sponsorship or affiliation of defendant's products/services.

19. By reason of defendant's acts alleged herein, plaintiff has suffered, and will continue to suffer, damage to its business, reputation, and good will and has lost sales and profits that plaintiff would have realized but for defendant's acts.

## VII

### THIRD CAUSE OF ACTION

**[Unfair Competition - California Bus. & Prof. Code § 17200 et seq.]**

20. Plaintiff incorporates by reference paragraphs 1-19, inclusive, as if fully set forth here.

21. The acts and conduct of defendant as alleged above in this Complaint constitute unfair competition as defined by California Bus. & Prof. Code § 17200 et seq.

22. The acts and conduct of defendant is likely to cause confusion and mistake among customers, end users and the public as to the origin or association of defendant's services. The acts and conduct of defendant is likely to lead the public to conclude, incorrectly, that the services offered, advertised, and marketed by defendant originate with, are sponsored by, or are authorized by plaintiff, to the damage and harm of plaintiff, its licensees, and the public.

23. As a result, defendant should be required to disgorge any profit or gain that it obtained as a result of its wrongful activity.

## VIII

### FOURTH CAUSE OF ACTION

**[For Imposition Of A Constructive Trust Upon Illegal Profits]**

24. Plaintiff incorporates by reference paragraphs 1-22, inclusive, as if fully set forth here.

25. By reason of the acts and conduct set forth herein, defendant has engaged and is engaging in deceptive, fraudulent and wrongful conduct in the nature of passing off its products and services as genuine products and services of plaintiff and/or products and services sponsored or approved by plaintiff. Plaintiff believes that defendant maintains the illegal profits from its actions, all of which belong to plaintiff.

26. By virtue of its wrongful conduct, defendant holds illegal profits as constructive trustee for the benefit of plaintiff.

27. Plaintiff is not presently aware of where defendant has deposited all of their illegal profits. Plaintiff believes that defendant's illegal profits, whether in the form of bank accounts or

in the form of real or personal property, will eventually be traced. Plaintiff therefore believes that defendant holds such illegal profits as constructive trustee for the benefit of plaintiff.

## IX

## FIFTH CAUSE OF ACTION

### [Accounting]

28. Plaintiff incorporates by reference paragraphs 1-27, inclusive, as if fully set forth here.

29. Plaintiff is entitled pursuant to 15 U.S.C. § 1117 to recover any profits of defendant that are attributable to its acts of infringement.

30. The amount of money due from defendant to plaintiff is unknown to plaintiff and cannot be ascertained without an accounting of the infringing products and services offered by defendant.

**WHEREFORE**, plaintiff demands that:

1. This Court grant a preliminary and permanent injunction pursuant to the powers granted it under 15 USC § 1116, enjoining defendant and its agents, servants, and employees from directly or indirectly using the names, *A Medical Malpractice Attorney For You*, *A Personal Injury Attorney For You*, *A Toxic Mold Attorney For You*, *A Baycol Attorney For You*, or any mark, word, or name similar to plaintiff's marks which is likely to cause confusion or mistake or to deceive;

2. This court, pursuant to the power granted it under 15 USC § 1118, order that all labels, signs, prints, packages, wrappers, receptacles, and advertisements in the possession of defendant bearing the above marks, and all plates, molds, and other means of

making the same shall be delivered up and destroyed;

3. Defendant be required to account to plaintiff for any and all profits derived by defendant from the sale of its products/services and for all damages sustained by plaintiff by reason of the acts of infringement and unfair competition complained of herein;

4. The court award plaintiff treble the amount of actual damages suffered by plaintiff, pursuant to 15 USC § 1117;

5. Costs of this action be awarded plaintiff;

6. Plaintiff be awarded its reasonable attorneys' fees;

7. Plaintiff be awarded its prejudgment interest; and

8. The court grant such other and further relief as it shall deem just.

Dated: September 12, 2001                SMITH & BROWN, LLP

*/s/ Jeffrey R. Smith*
Jeffrey R. Smith
Attorneys for Plaintiff,
CMTM, INC.

JURY DEMAND

Plaintiff hereby demands trial by jury on all issues triable to a jury.

Dated: September 12, 2001

Respectfully submitted,

SMITH & BROWN, LLP

*/s/ Jeffrey R. Smith*
Jeffrey R. Smith
Attorneys for Plaintiff,
CMTM, INC.

8

| TO: | REPORT ON THE |
|---|---|
| Commissioner of Patents and Trademarks<br>Washington, D.C. 20231 | FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT |

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>01-CV-1660 B(AJB) | DATE FILED<br>9-13-01 | U.S. DISTRICT COURT<br>United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br>CMTM, Inc. | | DEFENDANT<br>Calliope Media, LLC |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 see complaint (enclosed) | see complaint | CMTM, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4 - Case file copy

| TO: Commissioner of Patents and Trademarks Washington, D.C. 20231 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO. 01-CV-1660 B(AJB) | DATE FILED 9-13-01 | U.S. DISTRICT COURT United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF CMTM, Inc. | | DEFENDANT Calliope Media, LLC |
| PATENT NO. | DATE OF PATENT | PATENTEE |
| 1 see complaint (enclosed) | see complaint | CMTM, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|
| PATENT NO. | DATE OF PATENT | PATENTEE |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4 - Case file copy

AO 120 (3/85)

| TO:<br>Commissioner of Patents and Trademarks<br>Washington, D.C. 20231 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>01-CV-1660 B(AJB) | DATE FILED<br>9-13-01 | U.S. DISTRICT COURT<br>United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br>CMTM, Inc. | | DEFENDANT<br>Calliope Media, LLC |

| | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | see complaint (enclosed) | see complaint | CMTM, Inc. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4 - Case file copy

# CIVIL COVER SHEET

(Rev. 07/89)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

### I (a) PLAINTIFFS
CMTM, INC.

### DEFENDANTS
CALLIOPE MEDIA, LLC

FILED
01 SEP 13 PM 2:05
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Jeffrey R. Smith
SMITH & BROWN, LLP
2247 San Diego Ave., Suite 234
San Diego, CA 92110
(619) 260-3444

ATTORNEYS (IF KNOWN)

**'01 CV 1660 B (AJB)**

### II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)
- 1 U.S. Government Plaintiff
- X 3 Federal Question (U.S. Government Not a Party)
- 2 U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

### IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

Trademark Infringement, 15 USC §1125(a)

### V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane / 362 Personal Injury-Medical Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 365 Personal Injury - Product Liability | 630 Liquor Laws | 820 Copyrights | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 640 RR & Truck | 830 Patent | 460 Deportation |
| 151 Medicare Act | 340 Marine / 368 Asbestos Personal Injury Product Liability | 650 Airline Regs | X 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 660 Occupational Safety/Health | **SOCIAL SECURITY** | 810 Selective Service |
|  | **PERSONAL PROPERTY** | 690 Other | 861 HIA (1395ff) | 850 Securities/Commodities Exchange |
| 153 Recovery of Overpayment of Veterans Benefits | 350 Motor Vehicle / 370 Other Fraud | **LABOR** | 862 Black Lung (923) |  |
| 160 Stockholders Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act | 863 DIWC/DIWW (405(g)) | 875 Customer Challenge 12 USC |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Mgmt. Relations | 864 SSID Title XVI | 891 Agricultural Acts |
| 195 Contract Product Liability | / 385 Property Damage Product Liability | 730 Labor/Mgmt. Reporting & Disclosure Act | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 740 Railway Labor Act | **FEDERAL TAX SUITS** | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence Habeas Corpus | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) | 894 Energy Allocation Act |
| 220 Foreclosure | 442 Employment |  | 791 Empl. Ret. Inc. Security Act | 871 IRS - Third Party 26 USC 7609 | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 530 General |  |  | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty |  |  | 950 Constitutionality of State |
| 245 Tort Product Liability | 440 Other Civil Rights | 540 Mandamus & Other |  |  | 890 Other Statutory Actions |
| 290 All Other Real Property |  | 550 Civil Rights |  |  |  |
|  |  | 555 Prisoner Conditions |  |  |  |

### VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)
- X 1 Original Proceeding
- 2 Removal from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

### VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ **$300,000**
Check YES only if demanded in complaint:
JURY DEMAND: X YES   NO

### VIII. RELATED CASE(S) IF ANY (See Instructions): JUDGE _____ Docket Number _____

DATE 9/13/01   SIGNATURE OF ATTORNEY OF RECORD Jeffrey R. Smith /s/ J. R. Smith

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

Receipt # 74956  Pd $150